### NEWMAN *v.* CROSS.

FISH, J. 1. A verdict, in an action for the recovery of personalty, finding for the plaintiff the property in controversy, together with certain amounts for hire and interest, is, as to the interest, contrary to law.

2. Grounds of a motion for a new trial which are so indefinite and confused as to be unintelligible can not be considered.

*Judgment reversed. All the Justices concurring.*

Submitted May 4,—Decided May 30, 1899.

Trover. Before Judge Freeman. City court of Newnan. October term, 1898.

*J. C. Newman*, for plaintiff in error.